UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

DEVON WHITE,               :

          Plaintiff,     :     **MEMORANDUM & ORDER**

   -against-             :     **10 Civ. 8698 (DAB)(MHD)**

POLICE OFFICER ORIOL, et al.   :

         Defendants.     :

------------------------------------X

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

    Plaintiff having applied for leave to amend his complaint and for an extension of time to serve interrogatories,

    It is **ORDERED**:

1. If plaintiff wishes to amend his complaint, he is to send a copy of his proposed amended complaint to defendants' attorney and to the Court by no later than **OCTOBER 14, 2011.**

2. The deadline for plaintiff to serve interrogatories is extended to **OCTOBER 21, 2011.**

3. The remaining provisions of our August 11, 2011 scheduling order are still in effect.


DATED: New York, New York
       September 22, 2011

                                    SO ORDERED.

                                    _____
                                    MICHAEL H. DOLINGER
                                    UNITED STATES MAGISTRATE JUDGE


Copies of the foregoing Order have been sent this date:

By facsimile to:

Noreen Stackhouse, Esq.
(212) 788-9776

And by mail to:

Devon White
11-A-1451
Lakeview Correctional Facility
9300 Lake Avenue
P.O. Box T
Brocton, NY 14716